IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 CV 197

| | | |
|---|---|---|
| **DISABILITY RIGHTS NORTH CAROLINA,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| **LISA G. SPROUSE in her official capacity capacity as Director of McDOWELL COUNTY DEPARTMENT OF SOCIAL SERVICES,** | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** has come before the undersigned pursuant to the Court's own motion. On September 7, 2017 the undersigned entered a Pretrial Order and Case Management Plan (#12) in accordance with the standards as set forth for a proceeding pending before United States District Judge Martin Reidinger. The undersigned is now advised that the parties had consented to the jurisdiction of the magistrate judge in this matter. Should the parties desire a modification of the Pretrial Order and Case Management Plan, the undersigned would consider such modification. If the parties desire modification, they are invited to file an amended Certification and Report of Fed.R.Civ.P. 26(f) Conference and Discovery Plan and

1

the undersigned will address that pleading as rapidly as possible.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the parties are provided up to and including **October 2, 2017**, to file a new Certification and Report of Fed.R.Civ.P. 26(f) Conference and Discovery Plan should they so desire.

Signed: September 14, 2017

Dennis L. Howell
United States Magistrate Judge