# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17CV197

| | |
|---|---|
| **DISABILITY RIGHTS OF NORTH CAROLINA,** ) ) ) **Plaintiff,** ) ) v. ) ) **LISA G. SPROUSE,** ) ) **Defendant.** ) _____ ) | **ORDER** |

This matter is before the Court on Plaintiff's Motion for Judgment on the Pleadings (# 10). Plaintiff's filings contain many instances of imprecision, which make it essentially impossible for the Court to review Plaintiff's motion. For example, Plaintiff's Complaint provides that "[t]hroughout this complaint, Defendant Sprouse[1] and MCDSS sometimes will be referred to collectively as "MCDSS." Compl. (# 1) ¶ 10 (emphasis added). It is not at all clear where the use of "MCDSS" in the Complaint is referring to Defendant, or referring to Defendant and McDowell County Department of Social Services. See id. Plaintiff's counsel also needs to be more careful with the use of acronyms. For instance, Plaintiff states "collectively referred to as 'the P&A Acts.'" The P&A Acts refers collectively to which preceding statutes? Pl.'s Mem. Supp. (# 11) at 1. In light of the foregoing, Plaintiff's Motion for Judgment on the Pleadings (# 10) is DENIED without prejudice to renew.

---

[1] It is not necessary to refer to "Defendant Sprouse." There is only one Defendant in this case.

Signed: April 10, 2018

Dennis L. Howell
United States Magistrate Judge